# CASE ANNOUNCEMENTS

*April 8, 2008*

[Cite as *04/08/2008 Case Announcements*, 2008-Ohio-1667.]

## MOTION AND PROCEDURAL RULINGS

**2007-0544. Frisch's Restaurants, Inc. v. Ryan.**
Franklin App. No. 06AP–117, 170 Ohio App.3d 578, 2007-Ohio-545. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration the motion for admission pro hac vice of Michael Dominic Meuti by William P. Marshall on behalf of appellee,
It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*April 9, 2008*

[Cite as *04/09/2008 Case Announcements*, 2008-Ohio-1635.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008-0028. State ex rel. Jackson v. Stuard.**
In Mandamus and Procedendo. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-0224. State ex rel. Davis v. Gaul.**
In Mandamus. On respondents' motion to dismiss and relator's motion to strike motion to dismiss. Motion to dismiss granted. Motion to strike denied. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-0374. Moore v. Brunsman.**
In Habeas Corpus. On petition for writ of habeas corpus of William J. Moore. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-0424. Miller v. Smith.**
In Habeas Corpus. On petition for writ of habeas corpus of Douglas M. Miller. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-0432. In re James.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul Joseph James. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-0435. Seay v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of John Seay. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.